RECEIVED
AUG 18 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Tamika Hollins

3416 Cherokee St.

St. Louis, Missouri 63118

Email: s7stay13@gmail.com

(314) 646-9302

August 18, 2026

To whom this may concern, I Tamika Hollins believe she is still target and antagonized by Missouri Department of Social Services Children Division employees. I'm eligible for the renewal of my Missouri foster care license. I submitted my renewal application and completed clock hours back on May of 2026 to my license worker Jasmine Dochee who confirmed she had received all documents needed for the renewal of my license through 2026-2027. I reached out to Jasmine Dochee supervisor over the course of three months asking why haven't my documents and clock hours been entering into the computer and why is it reflecting my foster parent license has expired when I sent all documents in on time. Each time I spoke with Ms. Huntley she gave different excuses and some days she stated she was entering my information at that time because it was easy fix. As of August 18, 2026 Ms. Huntley has yet to enter my documents and clock hours to relicense me. My license shouldn't have expired because all documents and clock hours were turn in on time. This matter causes great concerns and has me emotional and frustrated at this time. Ms. Huntley at one point intentionally ending the call with me for asking her, why am I continuously giving the run around and excuses on why my documents and clock hours haven't been enter. At this time, I can't take in any children which is a part of my income. I spoke with Ms. Lindsey in the payment unit on August 18, 2026 to discuss my concerns and she informed me, that the excuses Ms. Huntley had given me over the course of three months wasn't accurate and that she was sending my complaint to a higher authority to address the matter. I believe I am still being retaliated against.

Sincerely

8/18/26

TAMIKA HOLLINS

3416 CHEROKEE ST. ST. LOUIS, MO. 63118

(314) 646-9302

EMAIL: S7STAY13@GMAIL.COM

TO WHOM THIS LETTER MAY CONCERN I TAMIKA HOLLINS IS FILING A DEFAMATION OF CHARACTER, EMOTIONAL DISTRESS, RACIAL DISCRIMNATION, SLANDER, STALKING, HARASSMENT, AND A $ FIVE MILLION DOLLARS FINANCIAL LOSS LAWSUIT AGAINST (AMBER HIRSCH SUPERVISOR) KARIN OELZEN, (CASE MANAGER) AMBER HIRSCH Missouri DEPARTMENT OF SOCIAL SERVICES CHILDREN'S DIVISION LOCATED AT 3101 CHOUTEAU AVE. ST. LOUIS, MO.63103 CONTACT (314) 340-7007 INDIVIUALLY AND DBA ST. LOUIS, CITY DEPARTMENT OF SOCIAL SERVICES CHILDREN'S DIVISION EMPLOYEE'S.

ON AROUND ABOUT DECEMBER 19, 2025 AMBER HIRSCH, JENNINGS JR HIGH SCHOOL COUNSELOR LISA BANK, JENNINGS JR HIGH SCHOOL COUNSELOR MS. RAY, ANOTHER COURT APPOINT CHILDREN DIVISION WORKER UNKNOWN TO ME, THE CHILD IN QUESTION ANGEL WARNER DJO AND MYSELF HAD A ZOOM MEETING TO DISCUSS PLACEMENT AND PLANS FOR (CHILD) ANGEL WARNER. AS THE ZOOM MEETING WAS CLOSING THE DICISION WAS MADE TO LEAVE CHILD ANGEL WARNER IN MY CUSTODY AND CARE DUE TO THE CHILD MENTAL STATE SHOWING SIGNS OF HAPPINESS, JOY, PEACE AND HUMBLENESS SOMETHING THEY'VE NEVER WITNESS WHILE KNOWING ANGEL WARNER. WHICH WAS ALSO OBSERVED BY A YOUTH MENTOR AT THE YMCA WHO WORKED WITH (CHILD) ANGEL WARNER A YEAR PRIOR BEFORE COMING INTO MY CARE AND CUSTODY. THE MENTOR STATED HE HADN'T NEVER SEEN (CHILD) ANGEL WARNER SMILE AND LOOK HAPPY UNTIL THAT DAY WITH ME AT THE YCMA. LATER THAT DAY ON DECEMBER 19, 2025 I WAS CONTACTED BY CHILD PROTECTIVE SERVICES INFORMING ME SHE'S OUTSIDE OF MY HOME TO INVESTIGATE A MEDICAL NEGLECT HOTLINE CALL FOR (CHILD) ANGEL WARNER. I EXPLAINED TO THE CPS WORKER THAT I HAD BEING IN A MEETING EARLIER THAT DAY WITH (CHILD) ANGEL WARNER CASE MANAGER AMBER HIRSCH ABOUT PLACEMENT (DISCLAIMER) AND THAT AMBER WAS DOING THINGS OUT OF SPITE BECAUSE SHE DIDN'T GET HER WAY IN THE MEETING EARLIER PUTTING (CHILD) ANGEL WARNER IN A GROUP HOME. I SHOWED THE CPS WORKER ANGEL WARNER MEDICATIONS ON HAND AND I ALSO CALLED THE WALMART PHARMACY LOCATED AT 3270 TELEGRAPH RD. ST. LOUIS MO. 63125 SO THAT THE PHARMACIST CAN EXPLAIN TO THE CPS WORKER WHY I DIDN'T HAVE THE PSY MEDICATION SOMETHING AMBER WAS ALREADY FULLY MADE AWARE OF AND WHY THE MEDICATION WASN'T COVERED BY INSURANCE BEFORE THE CPS CALL. THE CPS WORK FOUND NO MEDICAL NEGLECT AFTER SPEAKING WITH THE PHARMACIST AND (CHILD) ANGEL WARNER ON TAKING HER MEDICATIONS. THE MEDICAL NEGLECT CASE WAS CLOSED. (DISCLAIMER) I BELIEVE THE MEDICAL NEGLECT DISCHARGE TRIGGER AND INFURIATED CASE MANAGER AMBER HIRSCH AND HER SUPERVISOR KARIN OELZEN TO

CONTINUE TO ANTAGONIZE ME, STALK ME, HARASS ME, AND CAUSE EMOTIONAL DISTRESS. (LET THE RECORD REFLECT)

CASE MANAGER AMBER HIRSCH CALLED IN THE MEDICATION PRESCRPTIONS A WEEK AFTER THE (CHILD) ANGEL WARNER ARRIVED AT MY HOME, MEANING ANGEL WARNER WAS WITHOUT HER MEDICATIONS FOR A WEEK; AMBER ALSO, FAILED TO CONTACT AN INSURANCE PROVIDER TO COVER THE PSY MEDICATION AS SHE STATED SHE WOULD DO BUT NEVER DID…. AMBER HIRSCH COULD HAVE ALSO, PICKED UP (CHILD) ANGEL WARNER PRESCRPTIONS FROM THE WALMART PHARMACY.

ON AROUND ABOUT JANUARY 02, 2026, I WAS INFORMED BY (CHILD) ANGEL WARNER WALKED IN ON COUNSELOR MS. RAY, COUNSELOR LISA BANK AND CASE MANAGER AMBER HIRSCH DISCUSSING HER. THE NEXT FOLLOWING DAY I RECEIVED A CALL FROM A FEW OF JENNINGS JR HIGH SCHOOL STAFFING ON A CONFERENCE CALL STATING (CHILD) ANGEL WARNER CAN'T RETURN BACK TO SCHOOL UNTIL SHE'S REEVALUATED BY A PSYCHIATRIST AND PRESCRIBED THE OTHER PSY MEDICATION AMBER HIRSCH INFORMED THEM OF THAT ANGEL WARNER WASN'T TAKING THAT COULDN'T BE COVERED BY NO INSURANCE CARRIER DUE TO THE LEATHAL DOSE AND ONLY CAN BE PRESCRIBE IN A HOSPITAL SETTINGS. I WAS INSTRUCTED BY CASE MANAGER AMBER HIRSCH TO TAKE (CHILD) ANGEL WARNER TO A NEAR BY CHILDREN HOSPITAL FOR NEW MEDICATIONS. THE NEXT FOLLOWING DAY I TRANSPORTED (CHILD) ANGEL WARNER AND (CHILD) BROOKLYN MARION TO CHILDREN'S HOSPITAL FOR A PSYCHIATRIST EVALUATION AND MEDICATIONS. (CHILD) BROOKLYN WAS TAKEN TO THE HOSPITAL FOR EVALUATION BECASE I WASN'T GIVING ANY BACKGROUND ON HER FROM HER CASE MANAGER MARSHAY LEWIS AND SHE WAS BEHAVING IRATE, THREATHEN TO DO PHYSCIAL HARM AND STATING SHE WOULD KILL ANGEL IN AGUMENTS IN A JOKING MATTER; SOMETHING I DIDN'T TAKE LIGHT OF. BOTH CHILDREN WAS EVALUATED, GIVING NEW MEDICATIONS IN A VERY LOW DOSAGE AND ONE OF ANGEL WARNER'S MEDICATIONS WAS REMOVED FROM HER MEDICATIONS LIST BECAUSE IT WASN'T NEEDED AND SHE WASN'T SUPPOSED TO BE PRESCRIBED IT. BOTH GIRLS WERE RELEASED THE SAME DAY BUT KEPT OVERNIGHT DUE TO SHIFT CHANGE. THE FOLLOWING DAY I RECEIVED A CALL FROM CPS WORKER CHRISTOPHER STATING A HOTLINE CALL WAS MADE ON ME FOR MEDICAL NEGLECT; AFTER THE PSYCHIATRIST SPOKE WITH CASE MANAGER AMBER HIRSCH TO INFORM HER THAT (CHILD) ANGEL WARNER WAS BEING SEEN; SOMETHING AMBER HIRSCH WAS FULLY AWARE OF BECAUSE SHE'S THE ONE WHO INSTRUCTED ME TO TAKE ANGEL WARNER TO THE HOSPITAL. I HAD THE CPS WORKER CHRISTOPHER TO VISIT (CHILD) ANGEL WARNER AT CHILDREN'S HOSPITAL WHILE STILL IN THE PSY UNIT AND CONDUCT THE INVESTIGATION WITH ME THERE. IN ADDITION, I HAD CPS WORKER CHRISTOPHER TO SPEAK WITH ALL CHILDREN'S HOSPITAL STAFFING THAT CARED FOR (CHILD) ANGEL WARNER; WHICH HE DID. CPS WORKER CHRISTOPHER DIDN'T FIND ANY MEDICAL NEGLECT AND THE CASE WAS CLOSED. (LET THE RECORD REFLECT) (CHILD) ANGEL WARNER MOOD SWINGS WAS DUE TO HER BEING A TEEN WHO'S INTO BOYS AND ARGUMENTS WITH FOSTER CHILD BROOKLYN MARION. (CHILD) ANGEL WARNER WAS ALWAYS IN A GOOD MOOD AND SMILING WHEN SHE WAS HOME WITH ME. ANGEL WARNER BEING A TYPICAL TEEN BELIEVING SHE HAS A BOYFRIEND AND THEM NOT GETTING ALONE WOULD UPSET ANGEL FROM TIME TO TIME; WHICH CAUSED HER MOOD SWINGS. ANGEL MOOD SWINGS WASN'T DUE TO HER NOT TAKEN HER MEDICATIONS BECAUSE SHE TOOK HER MEDICATIONS MOST DAYS.

## MEDICAL DAMAGES

**DUE TO THE FALSE ALLEGATIONS OF MEDICAL NEGLECT AND CPS CALLS IT HAS CAUSED ME A SIGNIFICANT AMOUNT OF EMOTIONAL DISTRESS, BLOOD PRESSURE TO RISE HIGH 170/110 DAILY WHICH CAUSES PRESSURE BUILT UP IN MY HEAD AND HEAD ACHES, SEVER DEPRESSION, ANXIETY, PANICK ATTACKS, TACHYCARDIA, CAUSING TRANSIENT PROTEINURIA (I AM A LUPUS PATIENT) CHRONIC BODY PAIN DUE TO THE STRESS, EMBARASSMENT, HUMILATION AND ISOMMIA.....**

## FINANCIAL LOSS

**DUE TO THE FALSE MEDICAL NEGLECT ALLEGATIONS, IT PREVENTED ME FROM BEING ABLE TO ACCEPT OTHER CHILDREN INTO MY HOME THAT'S IN FOSTER CARE AND EMERGENCY PLACEMENT. ALSO, IT'S DELAYING ME FROM GETTING A CONTRACT WITH CARE AWARNESS NAVY CHILDCARE TO CARE FOR THE NAVY PARENT(S) CHILDREN DURING DRILL WEEKENDS. WHICH IS A HUGH FINANCIAL LOSS AND OTHER CHILDCARE PARNTNERSHIP THAT REQUIRES A BACKGROUND CHECK.**

TAMIKA HOLLINS

3416 CHEROKEE ST. ST. LOUIS, MO.63118

EMAIL: S7STAY13@GMAIL.COM

PHONE (314) 646-9302

March 30, 2026

MISSOURI DEPARTMENT OF SOCIAL SERVICES -CHILDREN DIVISION EMPLOYEE'S CONTINUE TO HARASS ME, STALK ME, MAKE FALSE ACCUSSSATIONS, DEFAME MY CHARACTER, SLANDER MY NAME, CAUSE SEVER DEPRESSION AND EMOTIONAL DISTRESS, AND LOSS OF INCOME. ON MARCH 23, 2026 I RECEIVED A CALL FROM CPS OUT OF HOME INVESTIGATOR CIERRA HOLT STATING A CPS CASE WAS OPEN ON ME BY THE MISSOURI DEPARTMENT OF SOCIAL SERVICES - CHILDREN DIVISION STATING THERE'S ACCUSSATIONS BEING REPORTED THAT I DIDN'T HAVE FOOD IN MY HOME, I WAS INTOXICATED, I USED PROFANTY WITH (CHILD) ZAYIONE LUGOS -CAMPOUS AND OTHER FALSE ACCUSSATIONS. (CHILD) ZAYIONE CAMPOUS RAN AWAY FROM MY HOME ON NOVEMBER 7, 2025 AND I HAVE NOT HEARD FROM OR SEEN HER SINCE; BUT ZAYIONE HAVE BEEN IN CONTACT AND COMMUNICATION WITH HER CASE MANAGER MS. RIA, DJO, AND LAWYER SINCE NOVEMBER 2025. THERE WERE SEVERAL CONVERSATIONS HAD ABOUT(CHILD) ZAYIONE CAMPOUS RETURNING BACK TO MY HOME. ZAYIONE CASE MANAGER AND ATTORNEY REACHED OUT TO ME ON A FEW OCCASIONS ASKING IF ZAYIONE HAD MADE IT BACK TO MY HOME DUE TO ZAYIONE SAYING SHE WAS RETURNING BACK TO MY HOME. LET THE RECORD REFLECT CHILD ZAYIONE CAMPOUS HAD BEEN IN CONTACT AND COMMUNICATION ON & OFF SINCE SHE RAN AWAY NOVEMBER 07, 2025 WITH HER CASE MANAGER MS. RIA, DJO AND ATTORNEY UP TILL JANUARY 2026. IF THE ALLEGATIONS WERE TRUE, WHY ZAYIONE NEVER MENTIONED THE ALLEGATIONS IN NOVEMBER AND DECEMBER OF 2025 OR JANUARY 2026 WHEN SHE SPOKED WITH HER CARE TEAM; WHY WOULD HER CASE MANAGER MS. RIA, DJO, AND ATTORNEY ALLOW, AGREE, AND ENCOURAGE HER TO RETURN BACK TO MY HOME IF THESE ALLEGATIONS HAD TAKEN PLACED. I FIND IT SUPICION THAT THESE ALLEGATIONS WERE REPORTED ON MARCH 23, 2026 AFTER NO CONTACT OR COMMUNICATION WITH (CHILD) ZAYIONE LUGOS-CAMPOUS WHO ISN'T PRESENT TO CORROBORATE THE ALLEGATIONS AND WHO IS STILL CURRENTLY OUT ON THE RUN? DUE TO THE CIRCUMSTANCES THAT SURROUNDED (CHILD) ZAYIONE LUGOS-CAMPOUS CASE, HER CASE MANAGER MS. RIA HAD TO BE HANDS ON, WAS VERY ATTENTIVE, SUPPORTIVE, ALWAYS IN COMMUNICATION AND AT MY HOME THE ENTIRE TIME ZAYIONE WAS IN MY HOME. WHY WASN'T ANY OF THESE ALLEGATIONS BROUGHT TO CASE MANAGER MS. RIA ATTENTION THEN?

## CONCLUSION

**I BELIEVE I'M CURRENTLY BEING TARGET BECAUSE I REACHED OUT TO MISSOURI CILIVI RIGHTS STATING I WANT THE MATTERS INVESTIGATED AND I WILL BE PURSUING LEGAL ACTION AGAINST ALL PARTIES INVOLVED.**