**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TAMIKA HOLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-01330 RHH |
| | ) | |
| MISSOURI DEPT. OF SOCIAL SERVICES CHILDREN'S DIVISION, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Tamika Hollins' Application to Proceed in District Court Without Prepayment of Fees and Costs. *See* ECF No. 2. Plaintiff's Application will be denied without prejudice because it is incomplete.

Plaintiff has not provided information in her Application relative to her gross pay or wages, either weekly or monthly. She has also failed to indicate whether, in the past 12 months, she has received income from rent payments, interest, or dividends; pension, annuity, or life insurance payments; disability or worker's compensation payments; gifts or inheritance; or any other sources. And although Plaintiff indicates that she is self-employed, she has not indicated the source of the money she has received through her self-employment. Furthermore, although Plaintiff states that she owns the home she lives in, she has failed to provide an approximate value of the home, and she has also failed to provide amounts showing her regular monthly expenses or

monthly obligations. For these reasons, the Court will deny Plaintiff's Application, without prejudice.

If Plaintiff seeks to continue this action, she shall either pay the full $405 filing fee or file a completed Application, answering all the questions, including those asking for all sources of income and the amounts thereof.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees and Costs, ECF No. 2, is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that **within 21 days**, Plaintiff shall either pay the $405 filing fee or file a complete Application, as set out above.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail Plaintiff a form Application to Proceed in District Court Without Prepaying Fees or Costs.

Dated this 20th day of August, 2026.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE